IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H. ROBINSON COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>MARINA PRODUCE CO. INC., a corporation,<br>DOMINIC MONTALBANO, an individual,<br>DONNA RODRIGUEZ, an individual,<br><br>    Defendants.<br>                                        / | No. C 05-04032 WHA<br><br>**ORDER DENYING EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Good cause not shown, the Court **DENIES** plaintiff's ex parte request to continue the case management conference. Trial counsel must appear at the case management conference set for **JANUARY 5, 2006, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: December 29, 2005.

                                                    WILLIAM ALSUP<br>                                                    UNITED STATES DISTRICT JUDGE